# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00328-01-CR-W-DW |
| | ) | |
| MICHAEL LARSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation to Deny Defendant's Motion to Suppress Evidence (Doc. 38), and Report and Recommendation to Deny Defendant's Motion to Suppress Statement (Doc. 39). The Defendant filed objections to both Reports. See Docs. 42, 43. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law.

Consequently, it is hereby ORDERED that the Magistrate's Reports and Recommendations (Docs. 38, 39) be attached to and made a part of this Order; it is further

ORDERED that the Defendant's Motion to Suppress All Evidence Seized From Defendant's Home (Doc. 18), the Defendant's Motion to Suppress Defendant's Statements Made to the FBI (Doc. 19), and the Defendant's Supplemental Motion to Suppress (Doc. 31) are DENIED; it is further

ORDERED that because the Defendant filed his objections to the Magistrate's Reports and Recommendations within the time requested, the Defendant's Motion to Extend the 10 Day Objection Deadline to the Magistrate's Reports (Doc. 40) is GRANTED.

IT IS SO ORDERED.


Dated: August 29, 2011                            /s/ Dean Whipple
                                                  Dean Whipple
                                                  United States District Judge